**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1911**

In re: KENDALL CHARLES ALEXANDER, a/k/a Kendall C. Alexander, Sr.,

Petitioner.

On Petition for Writ of Mandamus.  (5:17-hc-02189-BO)

Submitted:  December 17, 2019                           Decided:  December 19, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kendall Charles Alexander, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Charles Alexander petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Alexander's § 2241 petition without prejudice as moot after Alexander failed to timely respond to the district court's order to show cause on November 19, 2019. Accordingly, because the district court has recently decided Alexander's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*